**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Civil Action No. 2:19-cv-02483-JS-SIL |
| Plaintiff, | |
| v. | |
| JOHN DOE subscriber assigned IP address 74.101.208.117, | ORDER |
| Defendant. | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND
## <u>VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 74.101.208.117 ("Defendant"), through Defendant's council, Jeffrey Antonelli, Esq. of Antonelli Law. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2019          Respectfully submitted,

*The Clerk of the Court is directed to mark this case CLOSED.*

By: <u>/s/ Jacqueline M. James</u>
Jacqueline M. James, Esq. (#1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Oct. 1, 2019
Central Islip, NY

1